IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LOREN PERNELL DOCK, #168 671, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.:  2:11-CV-968-TMH |
| | ) | |
| WARDEN BOBBY BARRETT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #4) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #4) of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice.

A separate judgment shall issue.

Done this 13th day of December, 2011.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE